# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON PATINO-PADILLA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>McNARY, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00552-DAD-BAM (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE REGARDING FILING OF AMENDED COMPLAINT<br><br>(ECF No. 24) |

Plaintiff Ramon Patino-Padilla ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 7, 2019, the Court issued an order denying Plaintiff's motion to appoint counsel, without prejudice. (ECF No. 21.) In that order, the Court noted that Plaintiff had not yet filed an amended complaint. (Id.) The next day, the Court received Plaintiff's first amended complaint. (ECF No. 22.) The first amended complaint was screened on February 15, 2019, and Plaintiff has been granted leave to file a second amended complaint or a notice of voluntary dismissal. Plaintiff's response is currently due on or before March 20, 2019. (ECF No. 23.)

Currently before the Court is Plaintiff's notice regarding the filing of his amended complaint, filed February 22, 2019. (ECF No. 24.) Plaintiff states that the Court's order denying his motion to appoint counsel incorrectly stated that he had yet to file an amended complaint, and requests the Clerk of the Court to look into this matter. (Id.)

1

As noted above, Plaintiff's first amended complaint was in fact filed the day after the Court issued the order denying Plaintiff's motion for counsel. Indeed, the first amended complaint has already been screened, and Plaintiff's second amended complaint or notice of voluntary dismissal is now due. It appears that the Court's orders and Plaintiff's motions have crossed in the mail, resulting in the current confusion. Plaintiff is reminded that it may take several days for the Court to receive Plaintiff's filings by mail, as well as for Plaintiff to receive the Court's orders. In the future, the Court will not respond to individual requests regarding the status of Plaintiff's case, as these issues may eventually resolve as Plaintiff receives his mail from the Court.

IT IS SO ORDERED.

Dated: **February 25, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE